# United States Court of Appeals
## For the First Circuit

_____

No. 23-8036

UNITED STATES,

Plaintiff - Petitioner,

v.

REGENERON PHARMACEUTICALS, INC.,

Defendant - Respondent.
_____

Before

Barron, Chief Judge,
Gelpí and Montecalvo, Circuit Judges.
_____

**ORDER OF COURT**

Entered: December 11, 2023

    Pursuant to 28 U.S.C. § 1292(b), the district court certified that a portion of a previously entered summary judgment ruling "involves a controlling question of law as to which there is substantial ground for difference of opinion" and "that an immediate appeal from the order may materially advance the ultimate termination of the litigation." Plaintiff-Petitioner then filed a petition for permission to appeal with this court. Defendant-Respondent has filed a response, joining in the request for leave to appeal.

    We express no view as to relevant legal issues, but, having considered the district court's ruling and the parties' filings with this court, we conclude that immediate review is in order. The petition for permission to appeal is granted, and the summary judgment ruling at district court docket number 351 is certified for appeal. The appeal shall proceed as Appeal 23-____. All papers filed in Appeal 23-8036 will be treated as if also filed in Appeal 23-____. A briefing schedule will be entered in due course.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. F. Dennis Saylor
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Michael S. Raab
Charles W. Scarborough
Abraham R George
Evan D. Panich
Daniel Winik
Charles B. Weinograd
Lindsey Ross
Brien T. O'Connor
Richard L. Scheff
John P. Bueker
Paul D Clement
Matthew Rowen
Theodore V. Wells Jr.
H. Christopher Boehning
Samantha Barrett Badlam
Alec Harris
Katharine Ladd
Carrie Love
Sarah F. Kirkpatrick
Joseph G. Petrosinelli
Sameer P. Sheikh